```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 04 B 20778
   JAMES E DIXON
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-2940

------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 05/28/2004 and was confirmed 07/26/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  28.10%.

     The case was dismissed after confirmation 12/15/2008.
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                           PAID         PAID
------------------------------------------------------------------------
CITICORP MORTGAGE          CURRENT MORTG     1283.38         .00         1283.38
CITICORP MORTGAGE          MORTGAGE ARRE      365.42         .00          248.83
WACHOVIA MORTGAGE CORP     CURRENT MORTG    20039.59         .00        20039.59
WACHOVIA MORTGAGE CORP     MORTGAGE ARRE     1537.75         .00         1537.75
HOMEQ                      NOTICE ONLY      NOT FILED        .00             .00
BENEFICIAL                 UNSECURED        NOT FILED        .00             .00
MAX RECOVERY               UNSECURED         7762.06         .00         1607.73
MAX RECOVERY               UNSECURED        11250.62         .00         2330.29
CITIBANK                   UNSECURED        NOT FILED        .00             .00
ECAST SETTLEMENT CORP      UNSECURED         3424.64         .00          709.32
MONTGOMERY WARD            UNSECURED        NOT FILED        .00             .00
PEOPLES GAS LIGHT & COKE   UNSECURED          246.93         .00           69.39
MAX RECOVERY               UNSECURED         4310.77         .00          892.88
WORLD FINANCIAL NETWORK    UNSECURED         3582.03         .00          741.93
WORLD FINANCIAL NETWORK    UNSECURED          496.11         .00           88.37
WORLD FINANCIAL NETWORK    UNSECURED          460.73         .00           82.06
WORLD FINANCIAL NETWORK    UNSECURED          677.08         .00          130.03
ROUNDUP FUNDING LLC        UNSECURED         2797.60         .00          579.46
MAX RECOVERY               UNSECURED         6543.17         .00         1355.27
ECMC                       UNSECURED        11073.61         .00         2174.56
TIMOTHY K LIOU             DEBTOR ATTY       2,515.79                    2,515.79
TOM VAUGHN                 TRUSTEE                                       2,183.61
DEBTOR REFUND              REFUND                                       17,259.76

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                           RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE                    55,830.00

PRIORITY                                                  .00
SECURED                                             23,109.55
```

PAGE 1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 20778 JAMES E DIXON

```
UNSECURED                                             10,761.29
ADMINISTRATIVE                                         2,515.79
TRUSTEE COMPENSATION                                   2,183.61
DEBTOR REFUND                                         17,259.76
                                   ----------------   ----------------
TOTALS                                  55,830.00          55,830.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                   /s/ Tom Vaughn
     Dated: 03/05/09               _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE
```